# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ALLEN R. TEMPLE,

        Petitioner,    :    Case No. 3:14-cv-50

  - vs -                      District Judge Thomas M. Rose
                                 Magistrate Judge Michael R. Merz

WARDEN, Madison Correctional
 Institution,

                                 :

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

        The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #8), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

        It is hereby ORDERED that the Petition is DISMISSED with prejudice.  Petitioner is also DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous.

July 11, 2014.                              *s/Thomas M. Rose

                                                   Thomas M. Rose
                                            United States  District Judge